UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

KENNETH CAMERON,

                                Plaintiff,

    -against-

OFFICER LAMBERT, OFFICER RODRIGUEZ,
OFFICER CHRISTIEN, CAPTAIN MS. BROOKS,
N.Y.C. DEPT. OF CORRECTIONS,

                              Defendants.
-------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 Civ. 9258 (DC)

        **PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant New York City Department of Correction.[1]

Dated: New York, New York
       January 2, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel
                                of the City of New York
                              Attorney for Defendant New York City
                              Department of Correction
                              100 Church Street
                              New York, New York 10007
                              (212) 788-8084

                By:     *David M. Hazan*
                          David M. Hazan (DH-8611)
                          Assistant Corporation Counsel
                          Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.