



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
Room 3-186
Telephone: (212) 788-8084
Facsimile: (212) 788-9776
dhazan@law.nyc.gov

March 3, 2008

**VIA HAND DELIVERY**
Honorable Denny Chin
United States District Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Kenneth Cameron v. Officer Lambert, et al.</u>, 07 Civ. 9258 (DC)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendant New York City Department of Correction ("DOC").[1] In essence, plaintiff's complaint alleges that correction officers assaulted him on July 11, 2007. In that regard, I write, without appearing on their behalf, to respectfully request a short one week enlargement of time until March 10, 2008 for defendants Lambert, Rodriguez, Christian and Brooks to respond to the complaint. As background, a Department of Correction Investigation into the underlying incident is scheduled to be completed today. The additional time is necessary for this office to review the findings of the Department of Correction Investigation and properly assess whether it can represent the individual defendants. Plaintiff is incarcerated and proceeding *pro se*; therefore, this application is made directly to the Court.

*Approved.*
*SO ORDERED*
USDJ 3/11/08

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to practice law in the Southern District of New York and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*David M. Hazan*

David M. Hazan (DH-8611)
Assistant Corporation Counsel

cc:  Kenneth Cameron (Via First Class Mail)
     05-R-1883
     Elmira Corr. Fac.
     PO Box 500
     Elmira, NY 14902-0500

   Mathew Paulose, Jr., Esq. (by facsimile (917) 551-0030)
   Bran C. Noonan, Esq.
   Koehler & Isaacs, LLP
   61 Broadway, 25th Floor
   New York, New York 10006

   James G. Frankie, Esq. (by facsimile (516) 742-6875)
   Frankie & Gentile, P.C.
   1565 Franklin Avenue
   Mineola, NY 11501