```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

KENNETH CAMERON,                    :

              Plaintiff,            :

    - against -                     :         ORDER

OFFICER LAMBERT, OFFICER RODRIGUEZ, :         07 Civ. 9258 (DC)
OFFICER CHRISTIEN, CAPTAIN MS.
BROOKS, N.Y.C. DEPT. OF             :
CORRECTIONS,
                                    :
              Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

**CHIN, District Judge**

      In reviewing the file, the Court observes that in separate submissions dated January 5, 2008 and February 7, 2008, plaintiff moved to file an amended complaint and add New York City as a defendant. Both sets of papers include what appears to be proof of service. At the time, defendants had not answered.

      As plaintiff could have amended his complaint at the time as a matter of right, and both submissions seek similar relief, the amended complaint dated February 7, 2008 is accepted. At their option, defendants may rely on their current answer (which would be deemed to answer the amended complaint), or they may file a new answer to the amended complaint.

      SO ORDERED.

Dated:   New York, New York
        April 18, 2008

                                      DENNY CHIN
                                    United States District Judge