```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

KENNETH CAMERON,                        :

        Plaintiff,              :

  - against -                           :      **ORDER**

OFFICER LAMBERT et al.,                 :      07 Civ. 9258 (DC)

                                :

        Defendants.             :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The Court has received plaintiff's letters, dated April 17, 2008, and February 1, 2008, requesting that certain documents be made "part of the record." The documents are hereby deemed part of the record.

        The parties shall complete discovery by September 4, 2008. If defendants intend to move for summary judgment, they shall do so by October 3, 2008. Plaintiff shall file his opposition by November 3, 2008. Defendants shall reply by December 3, 2008.

        SO ORDERED.

Dated:   New York, New York
          June 4, 2008

                                          _____
                                          DENNY CHIN
                                          United States District Judge