USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

KENNETH CAMERON,

        Plaintiff,

   - against -

OFFICER LAMBERT et al.,

        Defendants.

- - - - - - - - - - - - - - - - - -x

<u>ORDER</u>

07 Civ. 9258 (DC)

**CHIN, District Judge**

    The Court has received <u>pro se</u> plaintiff's letter, dated September 3, 2008, requesting an extension of time to complete discovery. The extension of time is hereby granted.

    The parties shall complete discovery by October 8, 2008. If defendants intend to move for summary judgment, they shall do so by November 7, 2008. Plaintiff shall file his opposition by December 8, 2008. Defendants shall reply by January 9, 2009.

    SO ORDERED.

Dated:   New York, New York
          September 8, 2008

                                  DENNY CHIN
                                  United States District Judge